McDERMOTT & RADZIK, LLP
Matthew T. Loesberg (ML-3708)
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Telephone: (212) 376-6400
Telecopier: (212) 376-6494
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TUCKER COMPANY, INC.,

         Plaintiff,    ECF Filing

   - against -       07 CIV 4660

9102-3176 QUEBEC INC. d/b/a TRANSPORT ROXY
USA,             LOCAL RULE 7.1 STATEMENT

         Defendant.

-----------------------------------------------------------------x

JUDGE ROBINSON

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

  None.

            McDERMOTT & RADZIK, LLP
            Attorneys for Plaintiff

       By: *[signature]*

Dated: New York, New York  Matthew T. Loesberg (ML-3708)
   June 1, 2007      Wall Street Plaza
            88 Pine Street - 21st Floor
            New York, New York 10005-1801
            Telephone: (212) 376-6400
            Telecopier: (212) 376-6494