Matthew T. Loesberg (ML-3708)
McDERMOTT & RADZIK, LLP
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff,
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TUCKER COMPANY, INC.,

                Plaintiff,

    - against -

9102-3176 QUEBEC INC.
d/b/a TRANSPORT ROXY USA,

                Defendant.

------------------------------------------------------------x   x

**ECF CASE**

07 CV 4660 (SCR)

**NOTICE OF
MOTION FOR
CHANGE OF VENUE**

Plaintiff, by its attorneys, McDERMOTT & RADZIK, LLP, requests that pursuant to 28 U.S.C. § 1404(b) that the venue of this action be transferred within the District from the White Plains division to the Foley Square division. Plaintiff mistakenly selected White Plains on the Case Information Sheet, and the Foley Square Courthouse would be a more convenient forum for the litigants.

1

Dated: New York, New York
       June 7, 2007

                              MCDERMOTT & RADZIK, LLP
                              Attorneys for Plaintiff,
                              Tucker Company, Inc..

By:
                              _____
                              Matthew T. Loesberg (ML-3708)
                              Wall Street Plaza
                              88 Pine Street – 21st Floor
                              New York, New York 10005-1801
                              (212) 376-6400