**Matthew T. Loesberg (ML-3708)**
**McDERMOTT & RADZIK, LLP**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff,
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TUCKER COMPANY, INC.,

                Plaintiff,                **ECF CASE**

         - against -                 07 CV 4660 (SCR)

9102-3176 QUEBEC INC.
d/b/a TRANSPORT ROXY USA,

                Defendant.
-----------------------------------------------------------x

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A CHANGE OF VENUE

McDermott & Radzik, LLP submits this Memorandum of Law in support of Tucker Company, Inc.'s Motion for a Change of Venue. Pursuant to 28 U.S.C. Sec. 1404(b), a party may move a suit from the division in which it is pending to any other division in the same district. Accordingly, this action is currently pending before the White Plains division of the Southern District of New York. Plaintiff respectfully requests that this action be transferred to the Foley Square division of the Southern District of New York.

1

Plaintiff requests that the transfer be granted due to the fact that it submitted a case information sheet for this action with a clerical error indicating that it wished for the case to be filed in White Plains. However, Plaintiff intended for the case to be heard before the Foley Square division, as this choice of forum would be far more convenient than the White Plains forum.

## CONCLUSION

Plaintiff Tucker Company, Inc. respectfully requests that its Motion for a Change of Venue be granted, and that this case be transferred to the Foley Square division of the Southern District of New York.

Dated: New York, New York
      June 7, 2007

                        MCDERMOTT & RADZIK, LLP
                        Attorneys for Plaintiff,
                        Tucker Company, Inc.

By: _____
                        Matthew T. Loesberg (ML-3708)
                        Wall Street Plaza
                        88 Pine Street - 21st Floor
                        New York, New York 10005-1801
                        (212) 376-6400