**Matthew T. Loesberg (ML-3708)**
**McDERMOTT & RADZIK, LLP**
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
Attorneys for Plaintiff,
(212) 376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TUCKER COMPANY, INC.,

                Plaintiff,                  **ECF CASE**

            - against -               07 CV 4660 (SCR)

9102-3176 QUEBEC INC.                         **DECLARATION OF**
d/b/a TRANSPORT ROXY USA,           **MATTHEW T.**
                                                                    **LOESBERG**
                Defendant.
------------------------------------------------------------x

      I, Matthew T. Loesberg, hereby certify under penalty of perjury as follows:

      1.    I am an associate of the firm of McDermott & Radzik, LLP, attorneys of record for Plaintiff, Tucker Company, Inc.

      2.    I am a member in good standing of the bars of both the State and Federal Courts of New York.

      3.    On June 1, 2007, our firm submitted a case information sheet that indicated that this case should be heard before the White Plains division of the Southern District of New York. That election was the result of a clerical error.

      4.    The case information sheet should have reflected the Plaintiff's intention that suit be filed before the Foley Square division of the Southern District of New York.

5. The defendant has not appeared in this action.

6. I submit this Declaration in support of our Motion for Change of Venue.

Dated: New York, New York
       June 7, 2007

_____
Matthew T. Loesberg (ML3708)