

Signature/S

MCDERMOTT & RADZIK, LLP
Matthew T. Loesberg (ML-3708)
Wall Street Plaza – 88 Pine Street
New York, New York 10005
Telephone (212) 376-6400
Telecopier (212) 376-6494
Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUCKER COMPANY, INC. <br> Plaintiff, <br> - v. - <br> 9102-3176 QUEBEC INC. d/b/a TRANSPORT ROXY USA, <br> Defendant. | ECF CASE <br><br> 07 CV 4660 (LLS) <br><br> NOTICE OF DISMISSAL |

**PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Civil Procedure 41(1)(i) Plaintiff hereby voluntarily dismisses the action as no party has filed an answer or a motion for summary judgment.

Dated: New York, New York
November 29, 2007

MCDERMOTT & RADZIK, LLP
Attorneys for Plaintiff
Tucker Company, Inc.

By: _____
Matthew T. Loesberg (ML-3708)
Wall Street Plaza – 88 Pine Street
New York, New York 10005
Telephone (212) 376-6400

So Ordered:

_____
Louis L. Stanton
11/30/07

1